**Fill in this information to identify the case:**

Debtor name  **AgVenture Farms LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets—Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 19, 2024**          X **/s/ Troy Crotser**
                                             Signature of individual signing on behalf of debtor

                                             **Troy Crotser**
                                             Printed name

                                             **member**
                                             Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name     **AgVenture Farms LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF MICHIGAN

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

| Part 1: | **Summary of Assets** |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*..........................................................................................  $ _____**0.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.......................................................................................  $ _____**707,350.62**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.........................................................................................  $ _____**707,350.62**

| Part 2: | **Summary of Liabilities** |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................  $ _____**1,221,350.00**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................  $ _____**0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................  +$ _____**163,169.00**

4. **Total liabilities** ..........................................................................................................
   Lines 2 + 3a + 3b

   $ _____**1,384,519.00**

**Fill in this information to identify the case:**

Debtor name __**AgVenture Farms LLC**__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF MICHIGAN__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Huntington account xx2965** | checking | 2965 | $19.00 |

4. **Other cash equivalents** *(Identify all)*

| | | |
| --- | --- | --- |
| 4.1. | **2024 wheat proceeds check** | $25,631.62 |

5. **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $25,650.62 |
| --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.
☐ Yes Fill in the information below.

Debtor  **AgVenture Farms LLC**                                    Case number *(If known)* _____
      Name

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ **No.** Go to Part 5.
☐ **Yes** Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ **No.** Go to Part 6.
☐ **Yes** Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ **No.** Go to Part 7.
■ **Yes** Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 28. | **Crops–either planted or harvested** <br> 2023 stored soybeans, 18,000 bushels @ $4.54 | $105,000.00 | Liquidation | $105,000.00 |
| | 2023 stored corn, 5900 bushels @ $3.30 | $19,500.00 | Liquidation | $19,500.00 |
| 29. | **Farm animals** *Examples: Livestock, poultry, farm-raised fish* | | | |
| 30. | **Farm machinery and equipment** *(Other than titled motor vehicles)* <br> miscellaneous equipment | $300,000.00 | Replacement | $300,000.00 |
| | JD 2623 disc | $30,000.00 | Replacement | $30,000.00 |
| | 635F corn head | $5,000.00 | Replacement | $5,000.00 |
| | JD 2310 mulcher | $35,000.00 | Replacement | $35,000.00 |

31.   **Farm and fishing supplies, chemicals, and feed**

32.   **Other farming and fishing-related property not already listed in Part 6**

33.   **Total of Part 6.**                                                                          | $494,500.00 |
      Add lines 28 through 32. Copy the total to line 85.

34.   **Is the debtor a member of an agricultural cooperative?**
     ■ No
     ☐ Yes. Is any of the debtor's property stored at the cooperative?
         ☐ No
         ☐ Yes

35.   **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
     ■ No

Debtor      **AgVenture Farms LLC**                                    Case number *(if known)* _____
             Name

☐ Yes. Book value _____ Valuation method _____ Current Value _____

36.    **Is a depreciation schedule available for any of the property listed in Part 6?**
       ■ No
       ☐ Yes

37.    **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ■ No. Go to Part 8.
    ☐ Yes Fill in the information below.

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No. Go to Part 9.
    ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.    2016 Mahindra- side by side | $2,000.00 | Replacement | $2,000.00 |
| 47.2.    2012 Wilson Trailer | $28,000.00 | Replacement | $28,000.00 |
| 47.3.    2009 Wilson Trailer | $23,000.00 | Replacement | $23,000.00 |
| 47.4.    2003 International 9900 tractor | $11,000.00 | Replacement | $11,000.00 |
| 47.5.    2014 International Prostar tractor | $17,000.00 | Replacement | $17,000.00 |
| 47.6.    2006 Dodge Ram pickup | $2,500.00 | Replacement | $2,500.00 |
| 47.7.    2020 Haul-About trailer | $1,200.00 | Replacement | $1,200.00 |
| 47.8.    2002 Silva trailer | $2,500.00 | Replacement | $2,500.00 |
| 47.9.    2016 Peterbilt tractor | $45,000.00 | Replacement | $45,000.00 |
| 47.10.    2012 Western trailer | $55,000.00 | Replacement | $55,000.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
       floating homes, personal watercraft, and fishing vessels

Debtor  **AgVenture Farms LLC**
Name

Case number *(If known)* _____

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.  **Total of Part 8.**
     Add lines 47 through 50.  Copy the total to line 87.

     | $187,200.00 |

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ■ No
     ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 9:  Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **563 acres leased in 2024** | **lessee** | **$0.00** | | **$0.00** |

56.  **Total of Part 9.**
     Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
     Copy the total to line 88.

     | $0.00 |

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
     ■ No
     ☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 10:  Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:  All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

Debtor    **AgVenture Farms LLC**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Name

Case number *(If known)* ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

☐ No. Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **AgVenture Farms LLC**                              Case number *(if known)* _____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $25,650.62 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $494,500.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $187,200.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.........................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $707,350.62  + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $707,350.62 |

---

**Fill in this information to identify the case:**

Debtor name    **AgVenture Farms LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF MICHIGAN

Case number (if known)  _____

☐ Check if this is an amended filing

---

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **CNH Capital**<br>Creditor's Name<br><br>**P O Box 71264**<br>**Philadelphia, PA**<br>**19176-6264**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**635F corn head** | **$2,100.00** | **$5,000.00** |

Describe the lien
**pmsi**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. CNH Capital**
**2. FBN FInance**
**3. Wilber-Ellis Company LLC**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | | |
|---|---|---|---|
| **2.2** **Deere & Company**<br>Creditor's Name<br><br>**P O Box 6600**<br>**Johnston, IA 50131**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**JD 2623 disc** | **$10,943.00** | **$30,000.00** |

Describe the lien
**pmsi**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

---

Debtor   **AgVenture Farms LLC**
_____
Name

Case number (if known) _____

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** ☐ No  ■ Yes. Specify each creditor, including this creditor and its relative priority. **1. Deere & Company 2. FBN FInance 3. Wilber-Ellis Company LLC** | **As of the petition filing date, the claim is:** Check all that apply ☐ Contingent ☐ Unliquidated ☐ Disputed |

---

| 2.3 | **Deere & Company** | **Describe debtor's property that is subject to a lien** **JD 2310 mulcher** | $35,577.00 | $35,000.00 |
|---|---|---|---|---|

Creditor's Name

**P O Box 6600
Johnston, IA 50131**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** ☐ No  ■ Yes. Specify each creditor, including this creditor and its relative priority. **1. Deere & Company 2. FBN FInance 3. Wilber-Ellis Company LLC** | **As of the petition filing date, the claim is:** Check all that apply ☐ Contingent ☐ Unliquidated ☐ Disputed |
|---|---|

---

| 2.4 | **FBN FInance** | **Describe debtor's property that is subject to a lien** **blanket personal property** | $670,113.00 | $105,000.00 |
|---|---|---|---|---|

Creditor's Name

**P O Box 64055
Saint Paul, MN 55164-0055**

Creditor's mailing address

**Describe the lien**
**blanket personal property**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**
**2023**

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**6100**

| **Do multiple creditors have an interest in the same property?** ☐ No  ■ Yes. Specify each creditor, including this creditor and its relative priority. **1. FBN FInance 2. Wilber-Ellis Company LLC** | **As of the petition filing date, the claim is:** Check all that apply ☐ Contingent ☐ Unliquidated ☐ Disputed |
|---|---|

---

Debtor **AgVenture Farms LLC**
_____
Name

Case number (if known) _____

---

| 2.5 | **FBN FInance** | | Describe debtor's property that is subject to a lien | $0.00 | $25,631.62 |

Creditor's Name

**2024 wheat proceeds check**

**P O Box 64055**
**Saint Paul, MN 55164-0055**
_____
Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**

■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |

Check all that apply

☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. FBN FInance**
**2. Wilber-Ellis Company LLC**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **FBN FInance** | | Describe debtor's property that is subject to a lien | $0.00 | $300,000.00 |

Creditor's Name

**miscellaneous equipment**

**P O Box 64055**
**Saint Paul, MN 55164-0055**
_____
Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**

■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |

Check all that apply

☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. FBN FInance**
**2. Wilber-Ellis Company LLC**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **FBN FInance** | | Describe debtor's property that is subject to a lien | $0.00 | $30,000.00 |

Creditor's Name

**JD 2623 disc**

**P O Box 64055**
**Saint Paul, MN 55164-0055**
_____
Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**

■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

---

Debtor  **AgVenture Farms LLC**
_____
Name                                          Case number (if known) _____

Last 4 digits of account number

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** <br> ☐ No <br> ■ Yes. Specify each creditor, including this creditor and its relative priority. <br> **Specified on line 2.2** | **As of the petition filing date, the claim is:** <br> Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |

---

| 2.8 | **FBN FInance** | Describe debtor's property that is subject to a lien | $0.00 | $5,000.00 |
|---|---|---|---|---|

Creditor's Name

**P O Box 64055**
**Saint Paul, MN 55164-0055**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**635F corn head**

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** <br> ☐ No <br> ■ Yes. Specify each creditor, including this creditor and its relative priority. <br> **Specified on line 2.1** | **As of the petition filing date, the claim is:** <br> Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |

---

| 2.9 | **FBN FInance** | Describe debtor's property that is subject to a lien | $0.00 | $35,000.00 |
|---|---|---|---|---|

Creditor's Name

**P O Box 64055**
**Saint Paul, MN 55164-0055**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**JD 2310 mulcher**

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** <br> ☐ No <br> ■ Yes. Specify each creditor, including this creditor and its relative priority. <br> **Specified on line 2.3** | **As of the petition filing date, the claim is:** <br> Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |

---

| 2.10 | **FBN FInance** | Describe debtor's property that is subject to a lien | $0.00 | $19,500.00 |
|---|---|---|---|---|

Debtor  **AgVenture Farms LLC**
_____
Name

Case number (if known) _____

_____
Creditor's Name

**2023 stored corn, 5900 bushels @ $3.30**

**P O Box 64055**
**Saint Paul, MN 55164-0055**
_____
Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**

■ No
_____          ☐ Yes
Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**                ■ No
_____          ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

_____

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **1. FBN FInance** | ☐ Disputed |
| **2. Wilber-Ellis Company LLC** | |

---

| 2.1 | | | | |
|---|---|---|---|---|
| 1 | **Lyle Schmidt Farms LLC** | **Describe debtor's property that is subject to a lien** | $0.00 | $0.00 |

_____
Creditor's Name

**563 acres leased in 2024**

**25179 Clark Rd**
**Mendon, MI 49072**
_____
Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**

■ No
_____          ☐ Yes
Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**                ■ No
_____          ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

_____

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

_____

---

| 2.1 | | | | |
|---|---|---|---|---|
| 2 | **TJC Farms LLC** | **Describe debtor's property that is subject to a lien** | $75,000.00 | $45,000.00 |

_____
Creditor's Name

**2016 Peterbilt tractor**

**56154 Carpenter Rd**
**Three Rivers, MI 49093**
_____
Creditor's mailing address

**Describe the lien**
**pmsi**
_____

**Is the creditor an insider or related party?**

■ No
_____          ☐ Yes
Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**                ■ No
**2021**                                   ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Debtor **AgVenture Farms LLC**
_____
Name

Case number (if known) _____

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.1 3**

**TJC Farms LLC**
Creditor's Name

**56154 Carpenter Rd**
**Three Rivers, MI 49093**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Describe debtor's property that is subject to a lien
**2012 Western trailer**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$0.00        $55,000.00

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.1 4**

**Wilber-Ellis Company LLC**
Creditor's Name

**445 Minnesota St**
**Ste 1700**
**Saint Paul, MN 55101-3161**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
**2023 operating loan**

**Last 4 digits of account number**
**4500**

Describe debtor's property that is subject to a lien
**crop lien-blanket personal property**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$427,617.00        $0.00

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ■ Disputed |

---

**2.1 5**

**Wilber-Ellis Company LLC**

Describe debtor's property that is subject to a lien

$0.00        $25,631.62

---

Debtor    **AgVenture Farms LLC**
_____
Name                                                           Case number (if known) _____

_____
Creditor's Name                                              **2024 wheat proceeds check**

**445 Minnesota St**
**Ste 1700**
**Saint Paul, MN 55101-3161**
_____
Creditor's mailing address                                   **Describe the lien**
                                                             _____

                                                             **Is the creditor an insider or related party?**
                                                             ■ No
_____                      ☐ Yes
Creditor's email address, if known                           **Is anyone else liable on this claim?**
                                                             ■ No
**Date debt was incurred**                                   ☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an**                            **As of the petition filing date, the claim is:**
**interest in the same property?**                           Check all that apply
☐ No                                                         ☐ Contingent
■ Yes. Specify each creditor,                                ☐ Unliquidated
including this creditor and its relative                     ☐ Disputed
priority.
**Specified on line 2.5**

---

| 2.1 6 | **Wilber-Ellis Company LLC** | **Describe debtor's property that is subject to a lien** | $0.00 | $105,000.00 |

_____
Creditor's Name                                              **2023 stored soybeans, 18,000 bushels @**
                                                             **$4.54**
**445 Minnesota St**
**Ste 1700**
**Saint Paul, MN 55101-3161**
_____
Creditor's mailing address                                   **Describe the lien**
                                                             _____

                                                             **Is the creditor an insider or related party?**
                                                             ■ No
_____                      ☐ Yes
Creditor's email address, if known                           **Is anyone else liable on this claim?**
                                                             ■ No
**Date debt was incurred**                                   ☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an**                            **As of the petition filing date, the claim is:**
**interest in the same property?**                           Check all that apply
☐ No                                                         ☐ Contingent
■ Yes. Specify each creditor,                                ☐ Unliquidated
including this creditor and its relative                     ☐ Disputed
priority.
**Specified on line 2.4**

---

| 2.1 7 | **Wilber-Ellis Company LLC** | **Describe debtor's property that is subject to a lien** | $0.00 | $300,000.00 |

_____
Creditor's Name                                              **miscellaneous equipment**

**445 Minnesota St**
**Ste 1700**
**Saint Paul, MN 55101-3161**
_____
Creditor's mailing address                                   **Describe the lien**
                                                             _____

                                                             **Is the creditor an insider or related party?**
                                                             ■ No
_____                      ☐ Yes
Creditor's email address, if known                           **Is anyone else liable on this claim?**
                                                             ■ No
**Date debt was incurred**                                   ☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Last 4 digits of account number**

Debtor    **AgVenture Farms LLC**
_____    Case number (if known) _____
Name

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**Specified on line 2.6** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.1<br>8 | **Wilber-Ellis Company LLC** | **Describe debtor's property that is subject to a lien** | $0.00 | $30,000.00 |
|---|---|---|---|---|

Creditor's Name

**445 Minnesota St
Ste 1700
Saint Paul, MN 55101-3161**
Creditor's mailing address

**JD 2623 disc**

_____

**Describe the lien**
_____

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**Specified on line 2.2** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.1<br>9 | **Wilber-Ellis Company LLC** | **Describe debtor's property that is subject to a lien** | $0.00 | $5,000.00 |
|---|---|---|---|---|

Creditor's Name

**445 Minnesota St
Ste 1700
Saint Paul, MN 55101-3161**
Creditor's mailing address

**635F corn head**

_____

**Describe the lien**
_____

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**Specified on line 2.1** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.2<br>0 | **Wilber-Ellis Company LLC** | **Describe debtor's property that is subject to a lien** | $0.00 | $35,000.00 |
|---|---|---|---|---|

Debtor **AgVenture Farms LLC**
_____
Name

Case number (if known) _____

| | |
|---|---|
| Creditor's Name | **JD 2310 mulcher** |
| **445 Minnesota St** | |
| **Ste 1700** | |
| **Saint Paul, MN 55101-3161** | |
| Creditor's mailing address | **Describe the lien** |
| | |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.3** | ☐ Disputed |

| | | | |
|---|---|---|---|
| **2.2 1** **Wilber-Ellis Company LLC** | **Describe debtor's property that is subject to a lien** | **$0.00** | **$19,500.00** |
| Creditor's Name | **2023 stored corn, 5900 bushels @ $3.30** | | |
| **445 Minnesota St** | | | |
| **Ste 1700** | | | |
| **Saint Paul, MN 55101-3161** | | | |
| Creditor's mailing address | **Describe the lien** | | |
| | | | |
| | **Is the creditor an insider or related party?** | | |
| | ■ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** | ■ No | | |
| | ☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| ☐ No | ☐ Contingent | | |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| **Specified on line 2.10** | ☐ Disputed | | |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$1,221,350.00** |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Elisabeth M Von Eitzen** **WARNER NORCROSS** **150 Ottawa Ave NW Ste 1500** **Grand Rapids, MI 49503** | Line  **2.14** | |

Debtor    **AgVenture Farms LLC**                                    Case number (if known) _____
_____
Name

**Ketak Rock LLP**
**Jeffrey Wegner**                                    Line  __2.4__
**1650 Farnam St**
**Omaha, NE 68132**

**Fill in this information to identify the case:**

Debtor name **AgVenture Farms LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF MICHIGAN**

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $149,269.00 |
|---|---|---|---|

**Beck's Superior Hybrids, Inc.**
**6767 E 276th St.**
**Atlanta, IN 46031**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **soybean seed**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,900.00 |
|---|---|---|---|

**Crystal Flash**
**59561 S LaGrave St.**
**Paw Paw, MI 49079**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

### Part 3:    List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

|  | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $               0.00 |
| 5b. Total claims from Part 2 | 5b.  + $ | 163,169.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c.    $ | 163,169.00 |

**Fill in this information to identify the case:**

Debtor name   **AgVenture Farms LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF MICHIGAN

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases   12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest   **land lease 563 acres** | |
| State the term remaining   **4 months** | **Lyle Schmidt Farms LLC**<br>**25179 Clark Rd**<br>**Mendon, MI 49072** |
| List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name   **AgVenture Farms LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Troy Crotser** | **56398 Nottawa Rd**<br>**Mendon, MI 49072** | **FBN FInance** | ■ D  **2.4**<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Troy Crotser** | **56398 Nottawa Rd**<br>**Mendon, MI 49072** | **Wilber-Ellis Company LLC** | ■ D  **2.14**<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Troy Crotser** | **56398 Nottawa Rd**<br>**Mendon, MI 49072** | **Deere & Company** | ■ D  **2.2**<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Troy Crotser** | **56398 Nottawa Rd**<br>**Mendon, MI 49072** | **Deere & Company** | ■ D  **2.3**<br>☐ E/F _____<br>☐ G _____ |